

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00673-CV

Thelma **GARZA** et al,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2022CV01903
Honorable Melissa Vara, Judge Presiding

# O R D E R

On January 5, 2023, Appellant moved for an extension of time to file his response to this court's order explaining why this appeal should not be dismissed as moot. We granted the motion and ordered appellant to file a response, if any, no later than January 30, 2023. On January 30, 2023, Appellant moved for a brief extension of time to February 4, 2023.

We **grant** Appellant's motion. We **order** Appellant to file his response to this court's order, if any, no later than **February 6, 2023**. Further requests for extension of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court